No. 446, Misc. FITZGERALD *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 386, Misc. WATERMAN *v.* NEW YORK. Petition for writ of certiorari to the Court of Special Sessions of the City of New York, New York, denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). Petitioner *pro se. George Tilzer* for respondent.

No. 387, Misc. WATERMAN *v.* SCHATTEN ET AL. Petition for writ of certiorari to the Appellate Division of the Supreme Court of New York, First Judicial Department, denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). Petitioner *pro se. Leo E. Berson* for respondents.

No. 398, Misc. MILLER *v.* STANDARD OIL Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. Petitioner *pro se. Stuart B. Bradley* for respondent.

No. 402, Misc. KUNZ ET AL. *v.* NEW YORK. Court of Special Sessions of the City of New York, New York, Appellate Part. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Emanuel Redfield* for petitioners.

No. 188, October Term, 1951. GILLETTE *v.* UNITED STATES, 342 U. S. 827. Motion for leave to file a second petition for rehearing denied.